FILED
2016 May-31 AM 10:58
U.S. DISTRICT COURT
N.D. OF ALABAMA



# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | |
|---|---|
| C. RANDY BRYANT, | ) |
| Plaintiff, | ) ) ) ) |
| v. | ) ) ) CIVIL ACTION NO. |
| ALABAMA WARRIOR RAILWAY, LLC, WATCO COMPANIES, LLC, WATCO TRANSPORTATION SERVICES, LLC, | ) 2:14-CV-00725 ) ) ) ) |
| Defendants. | ) |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff, C. Randy Bryant, and Defendants Alabama Warrior Railway, LLC, Watco Companies, LLC and Watco Transportation Services, LLC, through their respective counsel, hereby jointly stipulate to dismissal of the above-styled action, with prejudice, each party to bear their or its own costs, attorneys' fees and expenses.

Dated this the 31st day of May, 2016.

*/s/ Turner B. Williams*
Turner B. Williams (ASB-6757-A53T)
Michael W. Ray (ASB-6422-A62M)
Al F. Teel (ASB-2400-084V)
*Attorneys for Defendants*
*Alabama Warrior Railway, LLC, Watco*
*Companies, LLC and Watco Transportation*
*Services, LLC*

27531955 v1

**OF COUNSEL:**
BURR & FORMAN LLP
420 North 20th Street
3400 Wells Fargo Tower
Birmingham, AL 35203
Telephone: (205) 251-3000
Facsimile: (205) 458-5100

/s/ William C. Tucker, Jr.
William C. Tucker, Jr.
***Attorney for Plaintiff***
***C. Randy Bryant***

Signed by /s/ [signature] with permission

**OF COUNSEL:**
MAPLES, TUCKER & JACOBS, LLC
2001 Park Place, Suite 501
Birmingham, Alabama 35203-2735
Telephone: (205) 322-2333
Facsimile: (205) 322-4962

2