# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **C. RANDY BRYANT,** | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) CIVIL ACTION NO. |
| **ALABAMA WARRIOR RAILWAY,** | ) 2:14-CV-00725 |
| **LLC, WATCO COMPANIES, LLC,** | ) |
| **WATCO TRANSPORTATION** | ) |
| **SERVICES, LLC,** | ) |
| | |
| Defendants. | |

## ORDER GRANTING DISMISSAL

Upon consideration of the Joint Stipulation of Dismissal, filed on May 31, 2016, between Plaintiff, C. Randy Bryant, and Defendants, Alabama Warrior Railway, LLC, Watco Companies, LLC and Watco Transportation Services, LLC, it is hereby **ORDERED** that this action is DISMISSED WITH PREJUDICE, with each Party to bear is own costs and fees.

_____
JOHN H. ENGLAND, III
UNITED STATES MAGISTRATE JUDGE

27532028 v1